UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SUSAN LYNN RICHARDS,                                CV 06-6075-PK

        Plaintiff,                                       ORDER

     v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.
_____

REDDEN, Judge:

      On April 11, 2007, Magistrate Judge Papak filed his Findings and Recommendation (doc. 11) that the Administrative Law Judge's (ALJ) determination that plaintiff "was not under disability" should be reversed and remanded for further proceedings. Magistrate Judge Papak concluded that the ALJ failed to properly consider the medical opinions of the physicians of record. Magistrate Judge Papak also directed the ALJ to obtain further expert medical testimony to resolve ambiguities in the record.

PAGE 1 - ORDER

The matter is now before me. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See 28 U.S.C. § 636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (doc. 11) as my own. The ALJ's decision is REVERSED and REMANDED for further proceedings consistent with Magistrate Judge Papak's Findings and Recommendation.

IT IS SO ORDERED.

DATED this  1st  day of May, 2007.

/s/ James A. Redden
James A. Redden
United States District Judge